IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY, THE
MARION COUNTY COAL COMPANY, THE
MONONGALIA COUNTY COAL COMPANY, THE
HARRISON COUNTY COAL COMPANY, THE OHIO
COUNTY COAL COMPANY, and MURRAY ENERGY
CORPORATION,

    Plaintiffs,

v.                                                 Civil Action No.: 5:17-CV-79

THE NEW YORK TIMES COMPANY,        Judge John Preston Bailey

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

    Plaintiffs The Marshall County Coal Company, The Marion County Coal Company, The Monongalia County Coal Company, The Harrison County Coal Company, The Ohio County Coal Company, and Murray Energy Corporation (the "Plaintiffs") and Defendant The New York Times Company (the "Defendant"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned proceeding shall be dismissed with prejudice, and that each party shall bear its own costs. The parties consent to and authorize the filing of this stipulation on the Court's docket, and agree that such signatures shall be effective as original signatures for all purposes.

*[Remainder of Page Intentionally Blank]*

11229616

Dated: 5/29/18 , 2018

_____
Michael J. Barrie, Esq.
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801

-and-

Jeffrey A. Grove, Esq. (#6065)
David L. Delk, Jr., Esq. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 1/2 15th Street
Wheeling, WV 26003

*Attorney for Plaintiffs*

_____
Robert P. Fitzsimmons, Esq.
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, West Virtinia 26003

*Attorney for Defendant*